IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIZABETH NOVAK,<br><br>  Plaintiff,<br><br>vs.<br><br>CONNECTIVITY SOLUTIONS MANUFACTURING INC.,<br><br>  Defendant. | 4:13CV3143<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the parties' stipulation for dismissal of this case, (filing no. 17),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant Connectivity Solutions Manufacturing Inc. are dismissed with prejudice, each party to pay their own costs and attorney fees.

December 24, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge